**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

SFR SERVICES L.L.C.,

    Plaintiff,

v.                                              Case No: 2:21-cv-82-SPC-NPM

NATIONAL SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation (Doc. 16). Judge Mizell recommends the action be dismissed for lack of prosecution due to Plaintiff SFR Services L.L.C.'s failure to respond to the most recent show cause order. *See* M.D. Fla. R. 3.10. SFR Services also failed to file objections to Judge Mizell's Report and Recommendation.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The district judge "shall make a de novo determination of those

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file independently and upon considering Judge Mizell's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation (Doc. 16) is **ACCEPTED and ADOPTED** and the findings are incorporated herein.
2. The above-captioned case is **DISMISSED**.
3. The Clerk is **DIRECTED** to enter judgment, terminate any deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on June 3, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record